### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| GÉNESIS MENÉNDEZ PANTOJA<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF INTERIOR<br><br>Defendants | CASE NO.   25-1419<br><br>FEDERAL TORT CLAIMS ACT<br>28 U.S.C.A. §§ 2 ET SEQ.<br><br><br>PERSONAL DAMAGES AND BODILY INJURY |

### COMPLAINT

**COMES NOW** Plaintiff, through the undersigning attorney, and respectfully **ALLEGES** and **STATES** as follows:

#### I.   JURISDICTION AND VENUE

1. This is a matter involving the Federal Tort Claims Act pursuant to 28 U.S.C.A. §§ 2 et seq., brought by the plaintiff against the United States of America. This Court has jurisdiction pursuant to 28 U.S.C.A. § 1346(b).

2. Venue is proper in the Federal District Court for the District of Puerto Rico since the actions upon which this Complaint is based occurred in the Municipality of San Juan, Puerto Rico.

#### II.   PARTIES

3. At the time of filing of the instant *Complaint*, Plaintiff Mrs. Génesis Menéndez Pantoja resides at Los Rosales II, #16, Avenue 11, Manatí, PR 00674

4. At all times material to the instant case, Defendant United States of America and the United States Department of Interior (hereinafter "Defendants") were the owners, administrators, proprietors and/or had controlled El Morro National Monument, and its surrounding areas.

## IV.  FACTUAL BACKGROUND

5. On May 10, 2024, Mrs. Menéndez was walking on the grounds of El Morro National Park.

6. While walking at the above mentioned place, Plaintiff's right foot fell into a hole, causing her to trip and fall.

7. On the ground, Plaintiff noticed that she had fallen into the hole of what appeared to be the base of an electric lighting pole that had been removed and left uncovered.

8. As a result of the impact, Mrs. Menéndez suffered extensive traumas for which she received medical treatment;  notwithstanding the medical treatment received, Mrs. Menéndez still endures pain and limitations in the affected areas.

## V.  DAMAGES

9. As a direct result of the events described above, Plaintiff suffered physical damages valued in a sum not lower than $50,000.00.

10. As a direct result of the physical damages mentioned above and the medical treatment received for said physical damages, Plaintiff suffered and continues to suffer emotional damages valued in a sum not lower than $30,000.00.

11. As a direct result of the events described above, Plaintiff developed a permanent physical impairment.  Said damage is valued in a sum not lower than $20,000.00.

## VI.  NEGLIGENCE

12. Defendant is directly and/or indirectly responsible for the damages experienced by Plaintiff as a result of the accident previously described, inasmuch Defendant is the owner, administrator, proprietor and/or had controlled of El Morro National Monument.  Also, Defendant is directly and/or indirectly responsible for the damages experienced by Plaintiff as a result of the accident previously described, inasmuch Defendant created a dangerous condition, failed to install warning signs in the area, failed to maintain and conserve its property in safe conditions for the public, failed to installed barriers to prevent the public from falling into the hole, and, among other things, maintained the area open for the public.

13. All of Plaintiff's losses were, are and will be due solely to and by reason of the

carelessness and negligence of the Defendant, without any negligence or wand of due care on the Plaintiff's part contributing thereto

## VI.   RELIEF SOUGHT

14. As a direct and proximate result of the negligent and/or willful acts and/or omissions of Defendant and given the resulting damages, Plaintiff requests judgment for a sum not lower than $100,000.00, plus interest, cost, and attorney's fees.

**WHEREFORE**, Plaintiff requests judgment against Defendant in excess of $100,000.00. Plaintiff is found to be entitled, together with interest, costs, and attorney's fees.

Respectfully submitted,

Dated, August 6, 2025.

**ANTONIO L. IGUINA GONZÁLEZ**
PO Box 361058
San Juan, Puerto Rico 00936–1058
Tel.        (787) 464–7373
Fax        (787) 288–5300
Email      antonioiguina@gmail.com

s / Antonio L. Iguina-González

**ANTONIO L. IGUINA GONZÁLEZ, ESQ.**
USDC No.: 224605